**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-50183 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00875-JAH |
| v. | |
| VICTOR CERVANTES, a.k.a. Tripps, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
John A. Houston, District Judge, Presiding

Submitted November 15, 2017**

Before:    CANBY, TROTT, and GRABER, Circuit Judges.

Victor Cervantes appeals from the district court's judgment and challenges

the 120-month sentence imposed following his guilty-plea conviction for

conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1)

and 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Cervantes's

---

 *      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

 **     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cervantes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Cervantes waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**